| | |
|---|---|
| 1  SCOTT N. SCHOOLS, SC SBN 9990<br>    United States Attorney<br>2  JOANN M. SWANSON, CSBN 88143<br>    Assistant United States Attorney<br>3  Chief, Civil Division<br>    ILA C. DEISS, NY SBN 3052909<br>4  Assistant United States Attorney | **\*ORDER E-FILED:  05/04/2007\*** |

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7124
    FAX: (415) 436-7169
7
    Attorneys for Defendants
8

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                               SAN JOSE DIVISION

| | | |
|---|---|---|
| 12 | JINGYAN WEI, | ) |
| 13 | Plaintiff, | ) No. C 07-0684 HRL<br>) |
| 14 | v. | )<br>) |
| 15 | ALBERTO GONZALES, United States<br>Attorney General, U.S. Department of Justice; | ) **STIPULATION TO DISMISS; AND**<br>) ~~[PROPOSED]~~ **ORDER** |
| 16 | MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security; | ) |
| 17 | EMILIO T. GONZALEZ, Director of United<br>States Citizenship and Immigration Services; | ) |
| 18 | DAVID STILL, San Francisco District Director,<br>United States Citizenship and Immigration | ) |
| 19 | Services;<br>ROBERT S. MUELLER, III, Director of | ) |
| 20 | Federal Bureau of Investigations, | ) |
| 21 | Defendants. | ) |
| 22 | | |

23      Plaintiff, by and through her attorneys of record, and Defendants, by and through their

24  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

25  above-entitled action without prejudice in light of the fact that the United States Citizenship and

26  Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees

27  to do so within 30 days of the dismissal of this action.

28      Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-0684 HRL                                            1

| | | |
|---|---|---|
| 1 | Dated: May 3, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

                                                            /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: May 3, 2007                                                       /s/
JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   May 4, 2007

HOWARD R. LLOYD
United States Magistrate Judge

Stipulation to Dismiss
C07-0684 HRL                                     2